# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| BRITTANY MARIA CAUGHLIN PIAS ET AL | CASE NO. 1:24-CV-01256 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DALLAS AIRMOTIVE INC ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 53], with Defendants, Dallas Airmotive, Inc., Pratt & Whitney Canada Corp., Woodward, Inc., Honeywell International Inc., and Jimmy Paul LeBlanc (collectively, "Defendants") written and filed objections to the Magistrate Judge's Report and Recommendation [Doc. No. 56], and Plaintiffs' Response to Defendants' objections [Doc. No. 57], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Dismiss filed by Defendant Jimmy Paul Leblanc [Doc. No. 21] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Remand [Doc. No. 23] is **GRANTED**, and that this lawsuit is **REMANDED** to the Ninth Judicial District Court in Rapides Parish, Louisiana.

MONROE, LOUISIANA, this 22nd day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT